No. 99–645. LUCKEY ET AL. *v.* BAXTER HEALTHCARE CORP. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ▮

No. 99–692. DOE *v.* MARSHALL, ACTING ADMINISTRATOR OF THE DRUG ENFORCEMENT AGENCY, ET AL. C. A. 3d Cir. Motion of petitioner for protective order denied. Certiorari denied.